IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven George Jacovo,<br><br>        Plaintiff,<br><br>v.<br><br>Unknown Lowe, et al.,<br><br>        Defendants. | No. CV-14-00556-PHX-GMS (DMF)<br><br>**ORDER** |

Pending before the Court is United States Magistrate Deborah M. Fine's Report and Recommendation ("R&R"). Doc. 102. The R&R recommends that the Court dismiss Defendant Diane Bryan for failure to serve within the time specified by the Court. Doc. 102 at 3. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 7 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss Defendant Diane Bryan from this

action. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Fine's R&R (Doc. 102) is **accepted**.

2. Defendant Diane Bryan is **dismissed** from this action.

Dated this 12th day of May, 2016.

Honorable G. Murray Snow
United States District Judge